Sam M. **ENGELHARDT, Jr., and The
State of Alabama, Appellants,**

v.

UNITED STATES CIVIL SERVICE COM-
MISSION, Appellee.

No. 19361.

United States Court of Appeals
Fifth Circuit.

July 25, 1962.

Ralph Smith, Montgomery, Ala., for appellants.

Hartwell Davis, U. S. Atty., Montgomery, Ala., Morton Hollander and Anthony L. Mondello, Attys., Dept. of Justice, Washington, D. C., for appellee.

Before TUTTLE, Chief Judge, BELL, Circuit Judge, and CARSWELL, District Judge.

PER CURIAM.

The judgment of the trial court is affirmed on the carefully considered opinion of the District Court, 197 F.Supp. 806. See also Palmer v. United States Civil Service Commission, 7 Cir., 297 F.2d 450, cert. denied, State of Ill. v. United States Civil Service Commission, 369 U. S. 849, 82 S.Ct. 932, 8 L.Ed.2d 8.

GILBERT PACIFIC, INC., et al.,
Appellants,

v.

P. J. DONOVAN, Deputy Commissioner,
U. S. Department of Labor, Appellee.

No. 19494.

United States Court of Appeals
Fifth Circuit.

July 25, 1962.

Henry B. Alsobrook, Jr., New Orleans, La., for appellant.

Gene S. Palmisano, Asst. U. S. Atty., New Orleans, La., for appellee.

Before CAMERON, WISDOM and GEWIN, Circuit Judges.

PER CURIAM.

This appeal is from a judgment entered upon the written opinion of the district court published in D.C., 198 F. Supp. 297. That opinion deals fully with all of the questions raised before us and, in our judgment, deals with them correctly. Based upon the reasons set forth therein, the judgment is

Affirmed.

The **DELMAN CO. et al., Appellants**

v.

**TRICO PRODUCTS CORP.**

**TRICO PRODUCTS CORP.**

v.

The **DELMAN CO. et al.**

Nos. 17008, 17007.

United States Court of Appeals
Eighth Circuit.

May 3, 1962.

Britton Davis, Edward A. Haight, Chicago, Ill., Talbert Dick, Des Moines, Iowa, Frank G. Raichle, Bean, Brooks, Buckley & Bean, Buffalo, N. Y., for Trico Products Corporation.

Rudolph Lowell, Des Moines, Iowa, and Charles F. Meroni, Chicago, Ill., for Delman, Co et al.

PER CURIAM.

Appeals from District Court dismissed on stipulation.